No. 88–719.  TUCKER v. NORTHEAST SAVINGS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 88–720.  MALONEY, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION v. LANIGAN.  C. A. 1st Cir.  Certiorari denied.

No. 88–721.  POE v. HAYDON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–722.  STAPLETON v. OHIO.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 88–723.  JENKINS v. GEORGIA POWER CO.  C. A. 11th Cir.  Certiorari denied.

No. 88–725.  CLAMP-ALL CORP. v. CAST IRON SOIL PIPE INSTITUTE ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 88–726.  MCDOWELL ET AL. v. BARNES.  C. A. 6th Cir.  Certiorari denied.

No. 88–727.  BLUMBERG v. HCA MANAGEMENT CO., INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–728.  CONSTANT v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 88–736.  WANKOFF, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF WANKOFF v. TIBBS ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 88–737.  MORGAN v. FORETICH.  Ct. App. D. C.  Certiorari denied.

No. 88–739.  SKIRLICK ET AL. v. FIDELITY & DEPOSIT COMPANY OF MARYLAND ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 88–740.  MADEJ v. AIR PRODUCTS & CHEMICALS, INC.  Super. Ct. Pa.  Certiorari denied.